# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:17mj0439

:

  -vs- : Magistrate Judge Sharon L. Ovington

:

ROBERT F. DAMERON,

:

    Defendant.

## REMOVAL AND COMMITMENT ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District upon a warrant issued upon a Supervised Release Violation Petition in the United States District Court for the Eastern District of Kentucky, in Case No. 5:13-CR-87-JMH-2. Defendant appeared in open Court on September 19, 2017, and after being advised of his rights waived his right to an Identity hearing. The Court found the waiver to be knowing and intelligent and accepted same. As to the Government's Motion for Pretrial Detention, Defendant also waived a detention hearing and preliminary hearing in this District and requested the hearings be held in the United

States District Court for the Eastern District of Kentucky.

IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE United States District Court for the Eastern District of Kentucky where the charges are pending against him, for any other proceedings, as ordered by that court.

September 21, 2017

    s/ Sharon L. Ovington
    Sharon L. Ovington
    United States Magistrate Judge